**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02732-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

U.S. DISTRICT COURT,

    Plaintiff/Petitioner,

v.

RON LEE PHILEMONOF,

    Defendant/Respondent.

---

### ORDER DIRECTING MR. PHILEMONOF TO CURE DEFICIENCIES

---

On December 15, 2015, Ron Lee Philemonof submitted to the Court a "Motion to Schedule Hearing, Denver District Court," ECF No. 1.  Upon review of the Motion to Schedule a Hearing, the Court finds that Mr. Philemonof possibly is challenging a state criminal conviction.   The only proper avenue to challenge a state criminal proceeding in this Court is by filing a habeas corpus action pursuant to 28 U.S.C. § 2241, if challenging the execution of a state criminal action, or pursuant to 28 U.S.C. § 2254, if challenging the validity of a state criminal action; but only after a petitioner has exhausted state court remedies.   Nonetheless, the Court will allow Mr. Philemonof the benefit of the doubt and provide him with the opportunity to proceed with this action if indeed his intent is to challenge his state criminal conviction.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the filings are deficient as described in this Order. Mr. Philemonof will be directed to cure the following if he wishes to pursue any claims in this Court in this action. Any papers that Mr. Philemonof files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) __X__  is not submitted
(2) ____  is missing affidavit
(3) ____  is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4) ____  is missing certificate showing current balance in prison account
(5) ____  is missing required financial information
(6) ____  is missing authorization to calculate and disburse filing fee payments
(7) ____  is missing an original signature by the prisoner
(8) ____  is not on proper form
(9) ____  names in caption do not match names in caption of complaint, petition or habeas application
(10) __X__  other: In the alternative, Mr. Philemonof can pay the $5 filing fee.

**Complaint, Petition or Application**:
(11) ____  is not submitted
(12) __X__  is not on proper form
(13) ____  is missing an original signature by the prisoner
(14) ____  is missing page nos. ____
(15) ____  uses et al. instead of listing all parties in caption
(16) ____  names in caption do not match names in text
(17) ____  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ____  other:

Accordingly, it is

ORDERED that Mr. Philemonof cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Philemonof files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Philemonof shall obtain the proper forms, depending on the type of habeas action Mr. Philemonof intends to file  (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.   Mr. Philemonof must use a Court-approved form when curing the deficiencies.   It is

FURTHER ORDERED that, if Mr. Philemonof fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED December 18, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge